1  Kalpana V. Peddibhotla (Cal Bar No.: 200330)
    Law Office of Kalpana V. Peddibhotla

2  39899 Balentine Drive, Ste. 118
    Newark, CA 94560

3  Tel.   (510) 498-1949
    kalpana@immi-law.com

4

    Attorney for Plaintiff

5  Jai Deep Mittapalli

6

7

8

9

**GRANTED**

Judge Maria-Elena James

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)**

10  Jai Deep Mittapalli

11

12              Plaintiff,

13

14  v.

15  Eric Holder, United States Attorney
    General; Janet Napolitano, Secretary of

16  Homeland Security, Daniel M. Renaud,
    Director of Vermont Service Center.

17

) Case No. C12-03278   MEJ
)
)
) PLAINTIFF'S MOTION FOR VOLUNTARY
) DISMISSAL PURSUANT TO RULE 41(a)
) OF THE FEDERAL RULES OF CIVIL
) PROCEDURE
)
)
)
)
)
)
)

18       Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff moves for

19  voluntary dismissal of this action before the Honorable Court.

20

21  July 31, 2012.

22                               Kalpana V. Peddibhotla, Esq.

23

24

25

26

27

28

1  Jai Deep Mittapalli

2  Case No: C12-03278

3  ## PROOF OF SERVICE

4

5      On July 31, 2012, I, Kalpana V. Peddibhotla, served a copy of this Plaintiff's Motion

6  for Voluntary Dismissal Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and any

7  attached pages to:

8          US Attorneys Office
           450 Golden Gate Avenue
9          P.O. Box 36055
10         San Francisco, CA 94560-5356

11  by U.S. Postal Service certified mail from Santa Clara, California.

12      I declare under penalty of perjury under the laws of the State of California that the

13  above is true and correct.  Executed on July 31, 2012 at Newark, California.

14

15

16  KALPANA V. PEDDIBHOTLA

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

1

**ORDER**

2     It is hereby ordered that this case be dismissed pursuant to Rule 41 of the Federal Rules

3   of Civil Procedure.

4     DATE this ___7th___ day of __August__, 2012.

5

6                                                  Honorable Maria-Elena James
                                                   U.S. District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                                  -2-
28