Kalpana V. Peddibhotla (Cal Bar No.: 200330)
Law Office of Kalpana V. Peddibhotla
39899 Balentine Drive, Ste. 118
Newark, CA 94560
Tel.    (510) 498-1949
kalpana@immi-law.com

Attorney for Plaintiff
Jai Deep Mittapalli

**GRANTED**
*Judge Maria-Elena James*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Jai Deep Mittapalli<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Eric Holder, United States Attorney General; Janet Napolitano, Secretary of Homeland Security, Daniel M. Renaud, Director of Vermont Service Center. | Case No. C12-03278 **MEJ**<br><br>PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE |

　　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff moves for voluntary dismissal of this action before the Honorable Court.

July 31, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kalpana V. Peddibhotla, Esq.

-1-
MOTION FOR VOLUNTARY DISMISSAL

1  Jai Deep Mittapalli

2  Case No: C12-03278

3  # PROOF OF SERVICE

4

5  On July 31, 2012, I, Kalpana V. Peddibhotla, served a copy of this Plaintiff's Motion

6  for Voluntary Dismissal Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and any

7  attached pages to:

8  US Attorneys Office
   450 Golden Gate Avenue
9  P.O. Box 36055
   San Francisco, CA 94560-5356
10

11 by U.S. Postal Service certified mail from Santa Clara, California.

12 I declare under penalty of perjury under the laws of the State of California that the

13 above is true and correct. Executed on July 31, 2012 at Newark, California.

14

15

16                                KALPANA V. PEDDIBHOTLA

**ORDER**

It is hereby ordered that this case be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure.

DATE this \_\_7th\_\_ day of \_\_August\_\_, 2012.

_____
Honorable Maria-Elena James
U.S. District Court Judge

-2-
MOTION FOR VOLUNTARY DISMISSAL